IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $14,000.00 IN<br>U.S. CURRENCY,<br><br>           Defendant. | Case No.: 1:24-cv-00140-SAB<br><br>ORDER CONTINUING SCHEDULING<br>CONFERENCE<br><br>(ECF No. 11) |

On January 31, 2024, the United States filed this in rem civil forfeiture action. (ECF No. 1.) On February 1, 2024, the order setting the mandatory scheduling conference issued and the mandatory scheduling conference was set for May 30, 2024. (ECF No. 2.) Pursuant to the order, a joint scheduling report was to be filed one full week prior to the scheduling conference. (Id. at 2.)

On May 22, 2024, the United States filed a request to continue the deadline to submit a joint scheduling report to perfect service on one remaining potential claimant. (ECF No. 11.) The Court construes the request as a motion to continue the scheduling conference. The Court finds that good cause exists to continue the scheduling conference to allow all potential claimants to be served in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States motion to continue the scheduling conference is GRANTED;

2. The scheduling conference set for May 30, 2024, in Courtroom 9 is CONTINUED to **August**

1

8, 2024, at 4:00 p.m. in Courtroom 9 (SAB)**: and

3. The parties shall file a joint scheduling report a full one week prior to the scheduling conference date.

IT IS SO ORDERED.

Dated:   **May 23, 2024**

UNITED STATES MAGISTRATE JUDGE