IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $14,000.00 IN U.S. CURRENCY,<br><br>Defendant. | Case No.: 1:24-cv-00140-SAB<br><br>ORDER CONTINUING AUGUST 8, 2024 SCHEDULING CONFERENCE<br><br>(ECF No. 14) |

On July 24, 2024, the United States filed a request to extend the deadline to submit a joint scheduling report to allow the United States to secure entries of clerk's defaults against the known potential claimants and to file a motion for default judgment and final judgment of forfeiture. (ECF No. 14.) The Court construes the request as a motion to continue the scheduling conference.

On July 29, 2024, the Clerk of the Court entered default pursuant to the United States' request. (ECF No. 15.) Given the clerk's entry of default, the Court finds that good cause exists to continue the scheduling conference to afford the United States time to submit its motion for default judgment and final judgment of forfeiture.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The United States motion to continue the scheduling conference is GRANTED;

2. The scheduling conference set for August 8, 2024, in Courtroom 9 is CONTINUED to **December 19, 2024 at 10:00 a.m. in Courtroom 9**; and

3. The parties shall file a joint scheduling report a full one week prior to the scheduling conference date.

IT IS SO ORDERED.

Dated:   **July 29, 2024**

UNITED STATES MAGISTRATE JUDGE