|  |  |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY $14,000.00 IN U.S. CURRENCY, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00140-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR DEFAULT JUDGMENT |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

On January 31, 2024, Plaintiff United States filed a complaint for forfeiture in rem against approximately $14,000 in U.S. currency ("Defendant Currency") and Defendants Pedro Lopez Jr., Norma Williams, and Howard Miller. In July 2024, the Clerk of the Court entered default, and on December 18, 2024, Plaintiff moved for default judgment. (Docs. 15, 18.) On February 11, 2025, the magistrate judge ordered that this matter be randomly assigned to a district judge and issued a findings and recommendations to grant Plaintiff's motion for default judgment. (Doc. 20.) The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. (*Id*. at 7.) No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations (Doc. 20) filed on February 11, 2025, is **ADOPTED IN FULL**.
2. Plaintiff United States' motion for default judgment is **GRANTED** (Doc. 18).
3. DEFAULT JUDGMENT shall be entered in favor of Plaintiff United States.
4. JUDGMENT shall be entered forfeiting all right, title and interest in the Defendant Currency to the United States of America, to be disposed of according to law, including all right, title and interest of Pedro Lopez Jr., Norma Williams, and Howard Miller.
5. The Clerk of Court is directed to close this matter.

IT IS SO ORDERED.

Dated:   **March 3, 2025**

UNITED STATES DISTRICT JUDGE